|                  |                    |
|------------------|--------------------|
| The Honorable:   | BRIAN D LYNCH      |
| Chapter 7        |                    |
| Location:        | Telephonic Hearing |
| Hearing Date:    | January 27, 2021   |
| Hearing Time:    | 9:00 am            |
| Response Date:   | January 20, 2021   |

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## Tacoma DIVISION

| | | |
|---|---|---|
| In re: VENTURE FINANCIAL GROUP, INC. | §<br>§<br>§<br>§ | Case No. 13-46392 |
| Debtor(s) | | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/10/2013. The undersigned trustee was appointed on 10/17/2013.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of      $    1,081,390.34

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 11,176.34 |
| Administrative expenses | 844,048.46 |
| Bank service fees | 61,094.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 165,071.07 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/16/2014 and the deadline for filing governmental claims was 04/08/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $55,691.71. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $44,278.89 as interim compensation and now requests the sum of $11,412.82, for a total compensation of $55,691.71[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $971.42 for total expenses of $971.42[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2021          By: /s/ Mark Waldron
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 13-46392

**Case Name:** VENTURE FINANCIAL GROUP, INC.

**Trustee Name:** (670190) Mark Waldron

**Date Filed (f) or Converted (c):** 10/10/2013 (f)

**§ 341(a) Meeting Date:** 11/19/2013

**For Period Ending:** 02/05/2021

**Claims Bar Date:** 04/16/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CD South Sound Bank P.O. Box 12720 Olympia, WA 9 | 513,718.03 | 513,718.03 | | 513,718.03 | FA |
| 2 | Checking Account South Sound Bank P.O. Box 12720 | 504,974.52 | 504,974.52 | | 491,606.17 | FA |
| 3 | Money Market Account LPL Financial | 4,313.54 | 4,313.54 | | 25,385.50 | FA |
| 4 | Retainer $50,000 Stoel Rives 600 University Stre | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| 5 | Trust account funds Bush Strout & Kornfeld LLP 6 | 680.64 | 680.64 | | 680.64 | FA |
| 6 | 3,887 shares, American West Bank LPL Financial 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2,904 shares, Pacific Financial Corporation LPL | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 105 shares, Heritage Financial Corporation LPL F | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 12 shares, Wells Fargo LPL Financial 1601 Cooper | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 99 shares, West Coast Bancorp LPL Financial 1601 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Estimated amount of disputed tax refund and fraudulent transfer<br>*FOOTNOTE: Pursuant to a stipulation and order approving an escrow account (case #13-46392 - docket #98), funds which are subject to disputed ownership, in the amount of $2,185,836.00 and are related to the adversary proceeding, Waldron v. FDIC, cause #14-4194 are being held in a separate account. | 6,000,000.00 | 0.00 | | 0.00 | FA |
| 12 | Conference table and 6 chairs, 2 reception chair | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 13 | D & 0 insurance policy XL Professional Insurance | Unknown | 0.00 | | 0.00 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$7,074,686.73** | **$1,074,686.73** | | **$1,081,390.34** | **$0.00** |

# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 13-46392

**Case Name:** VENTURE FINANCIAL GROUP, INC.

**For Period Ending:** 02/05/2021

**Trustee Name:** (670190) Mark Waldron

**Date Filed (f) or Converted (c):** 10/10/2013 (f)

**§ 341(a) Meeting Date:** 11/19/2013

**Claims Bar Date:** 04/16/2014

**Major Activities Affecting Case Closing:**

> 9/30/20 - Claims issues being resolved in case. Trustee will then submit TFR
>
> 9/30/19 - 9th Circuit Court of Appeal overturned judgment - remand to trial court - this will result in estate having any further claims against FDIC - Trustee to file TFR
>
> 9/30/18 - Case on appeal to the 9th Circuit
>
> 9/30/17 - Judgment entered in favor of Chapter 7 estate. Appeal filed by FDIC - appeal pending.
>
> 9/30/16 - Trial completed (Waldron v. FDIC) in July, 2016. Judgment for $8 million to be entered in October, 2016. Appeal anticipated by FDIC.
>
> 9/30/15 - 9/30/14 - Pending litigation, Waldron v. FDIC (preference claim). Special counsel appointed
>
> 9/30/14 - Pending litigation, Waldron v. FDIC (preference claim). Special counsel appointed

**Initial Projected Date Of Final Report (TFR):** 10/01/2016

**Current Projected Date Of Final Report (TFR):** 12/08/2020 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|
| **Case No.:** | 13-46392 | **Trustee Name:** | Mark Waldron (670190) |
| **Case Name:** | VENTURE FINANCIAL GROUP, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***7503 | **Account #:** | ******0966 Checking Account |
| **For Period Ending:** | 02/05/2021 | **Blanket Bond (per case limit):** | $55,683,398.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/23/13 | | VENTURE FINANCIAL GROUP | ACCOUNT PROCEEDS | | 1,005,324.20 | | 1,005,324.20 |
| | {1} | | $513,718.03 | 1129-000 | | | |
| | {2} | | $491,606.17 | 1129-000 | | | |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 337.40 | 1,004,986.80 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,349.15 | 1,003,637.65 |
| 12/05/13 | {5} | BUSH, STROUT & KORNFELD | TRUST ACCOUNT BALANCE | 1129-000 | 680.64 | | 1,004,318.29 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,588.72 | 1,002,729.57 |
| 01/22/14 | {4} | Stole Rives Washington Iolta | RETAINER REFUND | 1129-000 | 50,000.00 | | 1,052,729.57 |
| 01/29/14 | 101 | DETRAY FAMILY PARTNERSHIP LLC | RENT - 4405 7TH AVE., #204 - THRU 1/31/14 | 2410-000 | | 600.00 | 1,052,129.57 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,509.53 | 1,050,620.04 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,410.62 | 1,049,209.42 |
| 03/21/14 | 102 | LEMAY MOBILE SHREDDING | SHREDDING / INV #4379434 | 2990-000 | | 405.00 | 1,048,804.42 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,458.83 | 1,047,345.59 |
| 04/07/14 | {3} | LPL FINANCIAL | ACCOUNT PROCEEDS | 1129-000 | 25,385.50 | | 1,072,731.09 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,632.64 | 1,071,098.45 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,540.62 | 1,069,557.83 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,487.12 | 1,068,070.71 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,690.03 | 1,066,380.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,482.70 | 1,064,897.98 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,633.81 | 1,063,264.17 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,580.33 | 1,061,683.84 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,374.37 | 1,060,309.47 |
| 12/08/14 | 103 | FOSTER PEPPER PLLC | INTERIM SPECIAL COUNSEL FEES & COSTS | | | 86,818.46 | 973,491.01 |
| | | | SPECIAL COUNSEL FEES | 3210-000 | | | |
| | | | $86,663.00 | | | | |
| | | | SPECIAL COUNSEL EXPENSES | 3220-000 | | | |
| | | | $155.46 | | | | |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,641.10 | 971,849.91 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,397.86 | 970,452.05 |
| 02/25/15 | 104 | INTERNAL REVENUE SERVICE | EIN: 91-1277503 / 941 TAXES FOR PERIOD ENDING 9/30/13 | 2810-000 | | 15,119.66 | 955,332.39 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,302.79 | 954,029.60 |

**Page Subtotals:** $1,081,390.34  $127,360.74

{ } Asset Reference(s)  UST Form 101-7-TFR (6/1/2041)  Transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-46392 | Trustee Name: | Mark Waldron (670190) |
|---|---|---|---|
| Case Name: | VENTURE FINANCIAL GROUP, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7503 | Account #: | ******0966 Checking Account |
| For Period Ending: | 02/05/2021 | Blanket Bond (per case limit): | $55,683,398.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,468.78 | 952,560.82 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,370.12 | 951,190.70 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,322.54 | 949,868.16 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,457.33 | 948,410.83 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,409.62 | 947,001.21 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,316.71 | 945,684.50 |
| 09/24/15 | 105 | FOSTER PEPPER, PLLC | SPECIAL COUNSEL INTERIM FEES AND COSTS | | | 113,674.12 | 832,010.38 |
| | | | SPECIAL COUNSEL FEES | 3210-000 | | | |
| | | | $104,461.50 | | | | |
| | | | SPECIAL COUNSEL EXPENSES | 3220-000 | | | |
| | | | $9,212.62 | | | | |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,445.58 | 830,564.80 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,194.64 | 829,370.16 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,153.16 | 828,217.00 |
| 12/15/15 | 106 | FOSTER PEPPER PLLC | INTERIM (THIRD) ATTORNEYS FEES & COSTS | | | 79,098.95 | 749,118.05 |
| | | | SPECIAL COUNSEL FEES | 3210-000 | | | |
| | | | $77,710.50 | | | | |
| | | | SPECIAL COUNSEL EXPENSES | 3220-000 | | | |
| | | | $1,388.45 | | | | |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,261.20 | 747,856.85 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,037.08 | 746,819.77 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,035.54 | 745,784.23 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,176.89 | 744,607.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,032.48 | 743,574.86 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,031.04 | 742,543.82 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,171.78 | 741,372.04 |
| 07/18/16 | 107 | FOSTER PEPPER PLLC | INTERIM (FOURTH) ATTORNEYS FEES & COSTS | | | 133,369.90 | 608,002.14 |
| | | | SPECIAL COUNSEL FEES | 3210-000 | | | |
| | | | $125,871.50 | | | | |
| | | | SPECIAL COUNSEL EXPENSES | 3220-000 | | | |
| | | | $7,498.40 | | | | |

|  | | Page Subtotals: | | | $0.00 | $346,027.46 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ‡Transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-46392 | |
| **Case Name:** | VENTURE FINANCIAL GROUP, INC. | |
| **Taxpayer ID #:** | **-***7503 | |
| **For Period Ending:** | 02/05/2021 | |

| | |
|---|---|
| **Trustee Name:** | Mark Waldron (670190) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******0966 Checking Account |
| **Blanket Bond (per case limit):** | $55,683,398.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,015.24 | 606,986.90 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 957.74 | 606,029.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 869.30 | 605,159.86 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 839.12 | 604,320.74 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 924.72 | 603,396.02 |
| 12/08/16 | 108 | FOSTER PEPPER, PLLC | INTERIM (FIFTH) ATTORNEYS FEES & COSTS | | | 208,118.18 | 395,277.84 |
| | | | SPECIAL COUNSEL FEES $196,782.50 | 3210-000 | | | |
| | | | SPECIAL COUNSEL EXPENSES $11,335.68 | 3220-000 | | | |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 686.40 | 394,591.44 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 605.29 | 393,986.15 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 528.91 | 393,457.24 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 605.22 | 392,852.02 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 621.56 | 392,230.46 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 564.16 | 391,666.30 |
| 07/28/17 | 109 | FOSTER PEPPER, PLLC | INTERIM (SIXTH) ATTORNEYS FEES & COSTS | | | 112,015.04 | 279,651.26 |
| | | | SPECIAL COUNSEL FEES $111,867.00 | 3210-000 | | | |
| | | | SPECIAL COUNSEL EXPENSES $148.04 | 3220-000 | | | |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 544.57 | 279,106.69 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 457.76 | 278,648.93 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 387.43 | 278,261.50 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 426.92 | 277,834.58 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 399.62 | 277,434.96 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 385.74 | 277,049.22 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 438.34 | 276,610.88 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 371.33 | 276,239.55 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 397.32 | 275,842.23 |

| | Page Subtotals: | $0.00 | $332,159.91 |
|---|---|---|---|

{ } Asset Reference(s) UST Form 101-7-TFR (5/1/2011) *Transaction has not been cleared

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 13-46392 | | **Trustee Name:** | | Mark Waldron (670190) | |
| **Case Name:** | VENTURE FINANCIAL GROUP, INC. | | **Bank Name:** | | Mechanics Bank | |
| **Taxpayer ID #:** | **-***7503 | | **Account #:** | | ******0966 Checking Account | |
| **For Period Ending:** | 02/05/2021 | | **Blanket Bond (per case limit):** | | $55,683,398.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 383.53 | 275,458.70 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 435.86 | 275,022.84 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 382.39 | 274,640.45 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 421.36 | 274,219.09 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 407.56 | 273,811.53 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 210.04 | 273,601.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 247.36 | 273,354.13 |
| 12/27/18 | 110 | FOSTER PEPPER, PLLC | INTERIM SPECIAL COUNSEL FEES & COSTS | | | 45,277.16 | 228,076.97 |
| | | | SPECIAL COUNSEL FEES | 3210-000 | | | |
| | | | $45,223.50 | | | | |
| | | | SPECIAL COUNSEL EXPENSES | 3220-000 | | | |
| | | | $53.66 | | | | |
| 12/27/18 | 111 | DWYER, PEMBERTON & COULSON | INTERIM CPA FEES | 3410-000 | | 15,910.00 | 212,166.97 |
| 12/27/18 | 112 | INTERNAL REVENUE SVC (PHIL) | CLAIM #1 - PAID IN FULL | 5800-000 | | 11,176.34 | 200,990.63 |
| 12/27/18 | 113 | MARK D. WALDRON, TRUSTEE | INTERIM TRUSTEE FEES | 2100-000 | | 44,278.89 | 156,711.74 |
| 02/08/19 | | IRS - DEPARTMENT OF THE TREASURY | REFUND - 9/2013 - 941'S | 2810-000 | | -10,636.90 | 167,348.64 |
| 04/24/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1560 | Transition Debit to Metropolitan Commercial Bank acct 3910031560 | 9999-000 | | 167,348.64 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,081,390.34 | 1,081,390.34 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 167,348.64 | |
| **Subtotal** | 1,081,390.34 | 914,041.70 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,081,390.34** | **$914,041.70** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 13-46392 | | | Trustee Name: | | Mark Waldron (670190) |
| Case Name: | VENTURE FINANCIAL GROUP, INC. | | | Bank Name: | | Mechanics Bank |
| Taxpayer ID #: | **-***7503 | | | Account #: | | ******6300 Checking |
| For Period Ending: | 02/05/2021 | | | Blanket Bond (per case limit): | | $55,683,398.00 |
| | | | | Separate Bond (if applicable): | | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/06/17 | | COLUMBIA BANK | DISPUTED OWNERSHIP; FUNDS ESCROWED PENDING APPEAL (WALDRON V. FDIC) | | | -2,267,718.00 | 2,267,718.00 |
| | | COLUMBIA BANK | WIRE TRANSFER FEE $15.00 | 9999-000 | | | |
| | | | INTEREST EARNED -$513.74 | 9999-000 | | | |
| | | FDIC | WIRE TRANSFER OF FUNDS FROM FDIC -$2,267,219.26 | 9999-000 | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,510.44 | 2,265,207.56 |
| 04/11/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -2,510.44 | 2,267,718.00 |
| 04/24/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1609 | Transition Debit to Metropolitan Commercial Bank acct 3910031609 | 9999-002 | | 2,267,718.00 | 0.00 |

| | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 15.00 | 2,267,718.00 | |
| | | | **Subtotal** | | **-15.00** | **-2,267,718.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **-$15.00** | **-$2,267,718.00** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (8/1/2011)   ! - Transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit B

| Case No.: | 13-46392 | Trustee Name: | Mark Waldron (670190) |
|---|---|---|---|
| Case Name: | VENTURE FINANCIAL GROUP, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7503 | Account #: | ******1609 Checking Account |
| For Period Ending: | 02/05/2021 | Blanket Bond (per case limit): | $55,683,398.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/19 | | Transfer Credit from Rabobank, N.A. acct ******6300 | Transition Credit from Rabobank, N.A. acct 5015506300 | 9999-002 | 2,267,718.00 | | 2,267,718.00 |
| 01/02/20 | | FDIC, AS RECEIVER FOR VENTURE BANK | FUND #10119 VENTURE BANK / TAX REFUND ESCROW | 9999-000 | | 2,267,718.00 | 0.00 |

|  |  | Deposit | Disbursement | Account Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 2,267,718.00 | 2,267,718.00 | $0.00 |
| | Less: Bank Transfers/CDs | 2,267,718.00 | 2,267,718.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $0.00 | $0.00 | |

{ } Asset Reference(s)                     UST Form 101-7-TFR (5/1/2011)                     ! - Transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Exhibit B

| Case No.: | 13-46392 | Trustee Name: | Mark Waldron (670190) |
|---|---|---|---|
| Case Name: | VENTURE FINANCIAL GROUP, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7503 | Account #: | ******1560 Checking Account |
| For Period Ending: | 02/05/2021 | Blanket Bond (per case limit): | $55,683,398.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/24/19 | | Transfer Credit from Rabobank, N.A. acct ******0966 | Transition Credit from Rabobank, N.A. acct 5006950966 | 9999-000 | 167,348.64 | | 167,348.64 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 133.74 | 167,214.90 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 267.26 | 166,947.64 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 257.94 | 166,689.70 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 284.19 | 166,405.51 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 274.83 | 166,130.68 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 256.68 | 165,874.00 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 282.82 | 165,591.18 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 264.67 | 165,326.51 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 255.44 | 165,071.07 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 167,348.64 | 2,277.57 | $165,071.07 |
| | | Less: Bank Transfers/CDs | | | 167,348.64 | 0.00 | |
| | | Subtotal | | | 0.00 | 2,277.57 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $2,277.57 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    *-Transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-46392 | |
| **Case Name:** | VENTURE FINANCIAL GROUP, INC. | |
| **Taxpayer ID #:** | **-***7503 | |
| **For Period Ending:** | 02/05/2021 | |

| | |
|---|---|
| **Trustee Name:** | Mark Waldron (670190) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1560 Checking Account |
| **Blanket Bond (per case limit):** | $55,683,398.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0966 Checking Account | $1,081,390.34 | $914,041.70 | $0.00 |
| ******6300 Checking | -$15.00 | -$2,267,718.00 | $0.00 |
| ******1609 Checking Account | $0.00 | $0.00 | $0.00 |
| ******1560 Checking Account | $0.00 | $2,277.57 | $165,071.07 |
| | **$1,081,375.34** | **-$1,351,398.73** | **$165,071.07** |

# Exhibit C

## Claims Register

**Case: 13-46392 VENTURE FINANCIAL GROUP, INC.**

**Claims Bar Date:** 4/16/14 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| COURT | CLERK OF THE COURT<br><br>US BANKRUPTCY COURT<br>1717 PACIFIC AVE, #2100<br>TACOMA, WA 98401 | Admin Ch. 7 | | $ 350.00 | $0.00 | $350.00 |
| CPA | DWYER, PEMBERTON & COULSON<br><br>ATTEN: ROGER LILLEY<br>1940 EAST "D" STREET, #200<br>TACOMA, WA 98421 | Admin Ch. 7 | | $ 16,917.50 | $15,910.00 | $1,007.50 |
| FEE | Mark Waldron<br><br>6711 Regents Blvd. West<br>Tacoma, WA 98466 | Admin Ch. 7 | | $ 55,691.71 | $44,278.89 | $11,412.82 |
| TE | Mark Waldron<br><br>6711 Regents Blvd. West<br>Tacoma, WA 98466 | Admin Ch. 7 | | $ 971.42 | $0.00 | $971.42 |
| 1-3 | INTERNAL REVENUE SVC (PHIL)<br>CENTALIZED INSOL OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority Unsecured | | $ 11,176.34 | $11,176.34 | $0.00 |
| 2 | KEN PARSONS<br><br>4747 SHINCKE RD NE<br>OLYMPIA, WA 98506 | Unsecured | | $ 4,493,772.85 | $0.00 | $4,493,772.85 |

**Exhibit C**

**Claims Register**

**Case: 13-46392 VENTURE FINANCIAL GROUP, INC.**

**Claims Bar Date:** 4/16/14 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | KEN PARSONS<br>4747 SHINCKE RD NE<br>OLYMPIA, WA 98506 | Unsecured | | $ 89,895.98 | $0.00 | $89,895.98 |
| 4-2 | HOLDCO ADVISORS LP %DANIEL BROWN/SETH MCCORMICK BROWN LEGAL ADVISORS LLC<br>1253 W FOSTER AVE 3E<br>CHICAGO, IL 60640 | Secured | | $ 0.00 | $0.00 | $0.00 |
| 5 | HOLDCO ADVISORS LP %DANIEL BROWN/SETH MCCORMICK BROWN LEGAL ADVISORS LLC<br>1253 W FOSTER AVE 3E<br>CHICAGO, IL 60640 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| 6 | HOLDCO ADVISORS LP<br>%DANIEL BROWN/SETH MCCORMICK BROWN<br>1253 W FOSTER AVE 3E<br>CHICAGO, IL 60640 | Unsecured | | $ 12,000,000.00 | $0.00 | $12,000,000.00 |
| 7 | US BANK NATIONAL ASSOCIATION ATTN: JAMES H BYRNES<br>One Federal St 3rd Flr<br>Boston, MA 02110 | Unsecured | | $ 3,690,111.42 | $0.00 | $3,690,111.42 |

# Exhibit C

## Claims Register

### Case: 13-46392 VENTURE FINANCIAL GROUP, INC.

**Claims Bar Date:** 4/16/14 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | US BANK NATIONAL ASSOCIATION ATTN: JAMES H BYRNES<br>One Federal St 3rd Flr<br>Boston, MA 02110 | Unsecured | | $ 14,894,793.26 | $0.00 | $14,894,793.26 |
| 9 | SANDRA SAGER<br>20110 7TH AVE W<br>LYNNWOOD, WA 98036 | Unsecured | | $ 228,070.35 | $0.00 | $228,070.35 |
| 10 | EDWIN 'PAUL' DETRAY R. ALAN SWANSON SWANSON LAW FIRM, PLLC<br>908 5th Avenue SE<br>OLYMPIA, WA 98501 | Unsecured | | $ 42,243.00 | $0.00 | $42,243.00 |
| 11 | LEIGH BAXTER<br>3012 JAGUAR CT NE<br>OLYMPIA, WA 98516 | Unsecured | | $ 50,250.65 | $0.00 | $50,250.65 |
| 12 | WILMINGTON TRUST COMPANY ATTN: GEOFFREY J LEWIS RODNEY SQUARE N<br>1100 N Market St<br>Wilmington, DE 19890-0001 | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| 13 | JAMES F ARNESON<br>PO BOX 15031<br>TUMWATER, WA 98511 | Unsecured | | $ 570,744.14 | $0.00 | $570,744.14 |

# Exhibit C

## Claims Register

**Case: 13-46392 VENTURE FINANCIAL GROUP, INC.**

**Claims Bar Date:**  4/16/14 12:00

| Claim # | Claimant Name | Claim Type | Acct# | Amount Allowed | Paid to Date | Claim Balance |
|---------|---------------|------------|-------|----------------|--------------|---------------|
| 14 | FDIC AS RECEIVER OF VENTURE BANK | Unsecured | | $ 0.00 | $0.00 | $0.00 |
| | ATTN: NICHOLAS KATSONIS, COUNSEL<br>3501 FAIRFAX DRIVE, ROOM VS-D-7066<br>ARLINGTON, VA 22226-3500 | | | | | |

| | | | **Case Total:** | $71,365.23 | $36,073,623.39 |
|---|---|---|---|---|---|

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46392
Case Name: VENTURE FINANCIAL GROUP, INC.
Trustee Name: Mark Waldron

**Balance on hand:** $ 165,071.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4-2 | HOLDCO ADVISORS LP %DANIEL BROWN/SETH MCCORMICK BROWN LEGAL ADVISORS LLC | 12,000,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 165,071.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mark Waldron | 55,691.71 | 44,278.89 | 11,412.82 |
| Trustee, Expenses - Mark Waldron | 971.42 | 0.00 | 971.42 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Accountant for Trustee Fees (Other Firm) - DWYER, PEMBERTON & COULSON | 16,917.50 | 15,910.00 | 1,007.50 |

Total to be paid for chapter 7 administrative expenses: $ 13,741.74
Remaining balance: $ 151,329.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 151,329.33

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,176.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-3 | INTERNAL REVENUE SVC (PHIL) CENTALIZED INSOL OPERATIONS | 11,176.34 | 11,176.34 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 151,329.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,059,881.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | KEN PARSONS | 4,493,772.85 | 0.00 | 18,858.62 |
| 3 | KEN PARSONS | 89,895.98 | 0.00 | 377.26 |
| 5 | HOLDCO ADVISORS LP %DANIEL BROWN/SETH MCCORMICK BROWN LEGAL ADVISORS LLC | 0.00 | 0.00 | 0.00 |
| 6 | HOLDCO ADVISORS LP | 12,000,000.00 | 0.00 | 50,359.34 |
| 7 | US BANK NATIONAL ASSOCIATION ATTN: JAMES H BYRNES | 3,690,111.42 | 0.00 | 15,485.97 |
| 8 | US BANK NATIONAL ASSOCIATION ATTN: JAMES H BYRNES | 14,894,793.26 | 0.00 | 62,507.67 |
| 9 | SANDRA SAGER | 228,070.35 | 0.00 | 957.12 |
| 10 | EDWIN 'PAUL' DETRAY R. ALAN SWANSON SWANSON LAW FIRM, PLLC | 42,243.00 | 0.00 | 177.28 |
| 11 | LEIGH BAXTER | 50,250.65 | 0.00 | 210.88 |
| 12 | WILMINGTON TRUST COMPANY ATTN: GEOFFREY J LEWIS RODNEY SQUARE N | 0.00 | 0.00 | 0.00 |
| 13 | JAMES F ARNESON | 570,744.14 | 0.00 | 2,395.19 |
| 14 | FDIC AS RECEIVER OF VENTURE BANK | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 151,329.33
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| None      |          |                        |                          |                  |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| None      |          |                        |                          |                  |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)