The Honorable BRIAN D. LYNCH
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | |
|---|---|
| VENTURE FINANCIAL GROUP, INC., | Bankruptcy Case No.: 13-46392 |
| Debtor, | UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS |

| NAME AND LAST KNOWN ADDRESS OF CREDITOR | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Holdco Advisors, LP<br>32 Broadway, Suite 1112<br>New York, NY 10004 | 6 | $12,000,000.00 | $50,359.34 |
| **TOTAL SUBMITTED:** | | | **$50,359.34** |

DATED this 21st day of April, 2021.

Law Offices of Mark D. Waldron, PLLC

/s/ Mark D. Waldron
Mark D. Waldron (WSBA #9578)
Attorney for Trustee

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Unclaimed Dividends More than $25 for Deposit to Registry Funds - 1

Case 13-46392-BDL    Doc 213    Filed 05/10/21    Ent. 05/10/21 11:24:54    Pg. 1 of 1